bill of particulars to be served within ten days from service of order. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Triangle Film Corporation, Appellant, v. Harry E. Aitken and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

The Independent Order of Foresters, Appellant, v. Kennett Cowan, Respondent, Impleaded with S. A. Lynch Enterprises, Incorporated.— Order modified by denying motion to strike out as to paragraph " Eighth " of the complaint, and as so. modified affirmed, without costs; amended complaint to be served within twenty days from service of order. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Warren McConihe, Respondent, v. Virginia Foster De Sorzano Jorrin, Appellant, Impleaded with Another. (No. 1.) — Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Warren McConihe, Respondent, v. Virginia Foster De Sorzano Jorrin, Appellant. (No. 2.) — Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Warren McConihe, Respondent, v. Virginia Foster De Sorzano Jorrin, Impleaded with Julio De Sorzano Jorrin, Appellant. (No. 3.) — Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Andrew M. Daly, Respondent, v. Bech, Van Siclen & Co., Inc., Appellant.— Order affirmed, with ten dollars costs and disbursements; bill of particulars to be served within ten days from service of order. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Albert M. Stadler, Respondent, v. Union Trust Company of New York and Another, as Executors, etc., of Robert A. Scott, Deceased, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

George B. Johnson, Doing Business as Johnson & Company, Respondent, v. Walter Lobb, Appellant, and Mariah Lobb, Copartners, etc.— Order modified by fixing the amount of the bond at the sum of $5,000, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Frederic Adolphus Konig and Another, Doing Business under the Firm Name and Style of Konig Bros. & Co., Respondents, v. American Druggists Syndicate, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion, Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.